AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

**MACKENZIE DRECHSLER,**

*Defendants*

Case No. 20-MJ-0675

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about May 30, 2020, in the County of Monroe, in the Western District of New York, **MACKENZIE DRECHSLER** did knowingly and unlawfully commit arson, in violation of Title 18, United States Code, Sections 844(i) and 2 (arson).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

ATF SPECIAL AGENT RYAN J. SZWEJBKA
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: __June 30__, 2020

City and State: Rochester, New York

*Judge's signature*

HONORABLE MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

20-MJ-0675

MACKENZIE DRECHSLER,

       Defendant.

State of New York  )
County of Monroe  ) ss:
City of Rochester  )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**RYAN J. SZWEJBKA**, being duly sworn, deposes and says:

1. I am a Senior Special Agent ("SA") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF"), and I am assigned to the Rochester, New York Field Office. Accordingly, I am the kind of Special Agent delineated in Title 18, United States Code, Section 3051.

2. I am a graduate of the Criminal Investigator School and the ATF National Academy, both located at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been employed as an ATF Special Agent for over 18 years. As part of my professional experience, I have participated in state and federal investigations involving the illegal possession of firearms, narcotics, and violations of federal laws to include Titles 18 and 26, United States Code and am familiar with various federal arson laws. Previously, I was

1

employed by the State of South Carolina as a Probation and Parole Agent for one and one half years.  I earned a Bachelor's of Science Degree from the University of South Carolina (USC) in Criminal Justice in 1996.  I received my Master's Degree from USC in Criminal Justice in 1999.  I have participated in the service of State and Federal search and seizure warrants and have seized or assisted in seizing contraband, including firearms, ammunition, documentary evidence and contraband.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted in support of a criminal complaint which alleges there is probable cause to believe that on or May 30, 2020, in the City of Rochester, County of Monroe, Western Judicial District of New York, the defendant, MACKENZIE DRECHSLER (hereinafter DRECHSLER), did violate Title 18, United States Code, 844(i) and 2 (arson).

4. The assertions made herein are based upon my personal knowledge and upon information that I have received from this investigation, including to but not limited to the review of police reports and discussions with other law enforcement agents and officers, all of which are true and correct to the best of my knowledge and belief.  Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation.  Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that the defendant committed the above-mentioned offenses.  In support thereof, I respectfully state the following:

**PROBABLE CAUSE**

5. On May 30, 2020, protests were scheduled at the Public Safety Building (PSB), 185 Exchange Boulevard, City of Rochester, Western Judicial District of New York, in response to the death of George Floyd in Minneapolis, Minnesota. During the evening, the protests turned violent resulting in damaged property, looting, and fires.

6. At the time of the protests, a black 2009 Chevy Impala with New York State registration ELX-3493 and VIN 2G1WB57N891278013 owned by the New York State Attorney General's Office (hereinafter "NYS AG CAR") was set on fire. NYS AG CAR was parked in the parking lot next to the NYS Attorney General's Office near 144 Exchange Boulevard, Rochester, County of Monroe, Western Judicial District of New York. The vehicle had identifying features displaying it was an official government car. The vehicle also had an additional antenna, undercover lights, and a police radio inside the vehicle. At approximately 5:57 p.m., surveillance cameras showed a black female wearing grey pants and a black t-shirt, later identified as DRECHSLER, at the vehicle. As depicted in the photograph below, DRECHSLER placed cardboard inside NYS AG CAR and then walked away. Approximately one minute later, smoke began billowing from the car. As the fire grew, the car became engulfed in flames.



7.     A white Ford Focus with New York registration AE5736 and VIN 1FAHP3EN6BW122355 owned by City of Rochester Family Crisis Intervention Team (hereinafter known as "FACIT CAR") was also parked in the vicinity of 144 Exchange Boulevard on the evening of May 30, 2020.  FACIT CAR was marked with City of Rochester logos on the outside of the vehicle and also had City of Rochester license plates.  Photographs captured a black female wearing grey pants and a black t-shirt, later identified as DRECHSLER, and a male in a white t-shirt reaching inside the upside down FACIT CAR. See the below photograph.  Nearby surveillance footage appears to have captured the moment the photograph was taken.  At approximately 6:18 p.m., the surveillance camera shows two

individuals wearing similar clothing and in the same area at the vehicle. At approximately 6:19:08 p.m., the camera shows a male kneel down to take a photograph of the two individuals at the car. At approximately 6:20:30 p.m., FACIT CAR began to smoke and shortly thereafter became engulfed in flames.



8. DRECHSLER's photograph was released to the public in an attempt to identify her. On June 4, 2020 at approximately 3:50 p.m., investigators spoke to DRECHSLER's mother, who identified her daughter at the riot at the Public Safety Building at 185 Exchange Boulevard. At approximately 5:08 p.m., Investigator Matthew Klein of the Rochester Police Department spoke to DRECHSLER via telephone. During the phone conversation, DRECHSLER said she was wearing grey leggings and a black shirt while she was at the riots.

Inv. Klein described a published photograph of her where she was breaking glass and DRECHSLER confirmed it was a photograph of herself. DRECHSLER also has several unique tattoos that are easily identifiable in the surveillance footage, including but not limited to an AK-47 style assault rifle filled in with a rose pattern on the outside of her left forearm. Below is a photograph of DRECHSLER after she set fire to one of the vehicles where her tattoos are visible.



9.      Due to the violence and rioting the night of May 30, 2020, NYS AG CAR and the FACIT CAR were towed away from the PSB and secured at the city of Rochester's

6

Equipment Services Facility located at 945 Mount Read Boulevard.  At this location, fire investigators conducted their investigations. After direct examinations and review of supportive video/photographic evidence, fire investigators concluded the damage to the vehicles were incendiary; intentionally set fires, set by human hands.  The fire damage of NYS AG CAR and the FACIT CAR were both a total loss since the cars were engulfed in flames and completely burned.

10.     Based on information provide to me, FACIT CAR is the property of the City of Rochester government.  NYS AG CAR is property of New York State.  The City of Rochester government and New York State government both conduct business in interstate commerce, for instance by purchasing vehicles and other equipment and supplies in interstate commerce.  Additionally, investigators have verified that neither vehicle was manufactured in the state of New York, and therefore affected intestate and/or foreign commerce.

## CONCLUSION

11. Based upon the above information, I submit that there is probable cause to believe that on May 30, 2020, in the City of Rochester, County of Monroe, Western Judicial District of New York, the defendant, MACKENZIE DRECHSLER did commit a violation of Title 18, United States Code, 844(i) and 2 (arson).

RYAN J. SZWEJBKA
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit and Criminal Complaint submitted
electronically by email in .pdf format. Oath
administered, and contents and signature, attested
to me as true and accurate telephonically pursuant to
Fed.R.Crim.P. 4.1 and 4(d) on this 30th day of June 2020.

HON. MARK W. PEDERSEN
United States Magistrate Court Judge