IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MACKENZIE DRECHSLER,<br><br>Defendant. | 21-CR-6064-DGL<br><br>**INFORMATION**<br>**(Felony)**<br><br>Violation:<br>18 U.S.C. § 2101(a)<br><br>(1 Count) |

## COUNT 1

### (Riot)

### The United States Attorney Charges That:

On or about May 30, 2020, in the Western District of New York, the defendant, MACKENZIE DRECHSLER, did use facilities of interstate and foreign commerce, that is, a cellular telephone and the internet, with intent to commit any act of violence in furtherance of a riot, as defined in Title 18, United States Code, Section 2102(a), and to organize, participate in, and carry on a riot, and during the course of such use, and thereafter, performed, and attempted to perform, any other overt act for the purpose of committing any act of violence in furtherance of a riot and organizing, participating in, and carrying on a riot.

**All in violation of Title 18, United States Code, Section 2101(a).**

Dated: Rochester, New York, June 7, 2021.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _/s/ Brett A. Harvey_
BRETT A. HARVEY
Assistant United States Attorney
United State Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3949
brett.harvey@usdoj.gov